ACCEPTED
01-15-00338-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 3:05:53 PM
CHRISTOPHER A. PRINE
CLERK

4/13/2015 3:05:53 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4866536
By: Michele Merrine
Filed: 4/13/2015 3:05:53 PM

CAUSE NO. 2012-25496

| | |
|---|---|
| PACIFIC ALLIED ASSET MANAGEMENT, LLC | § IN THE DISTRICT COURTS OF |
| Plaintiff /Cross-Defendant | § |
| VS. | § |
| HUI KIL WOO dba OLYMPIC CONSTRUCTION | § |
| Defendant /Third Party Plaintiff/Cross-Plaintiff | § HARRIS COUNTY, TEXAS |
| VS. | § |
| NORTHWEST CROSSING CAPITAL, LLC, | § |
| Third Party Defendant | § 151st JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 1:45:14 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEAL OF PACIFIC ALLIED ASSET MANAGEMENT, LLC AND NORTHWEST CROSSING CAPITAL, LLC**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiff /Cross-Defendant, Pacific Allied Asset Management, LLC and Third Party Defendant/ Cross-Plaintiff Northwest Crossing Capital, LLC, in the above styled and numbered cause, and pursuant to Texas Rule of Appellate Procedure 25.1, file this Notice of Appeal and would show as follows:

1.     **Trial court, cause number and style of case:** 151st Judicial District Court, Harris County, Texas; Cause No. 2012-25496; In the matter styled PACIFIC ALLIED ASSET MANAGEMENT, LLC, Plaintiff /Cross-Defendant vs. HUI KIL WOO dba OLYMPIC CONSTRUCTION Defendant /Third Party Plaintiff /Cross-Plaintiff vs. NORTHWEST

1

CROSSING CAPITAL, LLC, Third Party Defendant/ Cross Plaintiff.

2.      **Date of Judgment or Order appealed from:** Final Judgment dated March 12, 2015.

3.      **Parties' desire to appeal:** Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC desire to appeal the Judgment or Order.

4.      **Court to which appeal is taken:** Either the First or Fourteenth Court of Appeals.

5.      **Name of Parties filing the notice:** Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC.

Respectfully submitted,

PLUMMER & FARMER
3303 Louisiana, Suite 145
Houston, Texas  77006
TEL: (713) 524-2400
FAX: (713) 524-6371
mfarmer@plummerandfarmer.com


By: /s/ Michael D. Farmer
       MICHAEL D. FARMER
       TBA No. 06823100

Attorneys for Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appeal of Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC has been served in accordance with Tex. R. Civ. P. 21a, to all attorneys of record on this 13th day of April, 2015, as follows:

Mr. Kristopher Ahn
The Ahn Law Firm
9930 Long Point Rd
Houston, Texas 77055
ahnlawfirm@gmail.com


/s/ Michael D. Farmer
MICHAEL D. FARMER